\*\*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Peter McGinty

    vs            Case No. 2:18-cv-7

Adrienne Nazon          **Judge Smith**
                                   **Magistrate Judge Deavers**

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

    IT IS ORDERED AND ADJUDGED that Defendant's Motion to Dismiss is GRANTED and Plaintiff's Motion to Stay is DENIED.

Date: **May 30, 2018**          **Richard W. Nagel, Clerk**

                                       s/ Scott Miller
                             By Scott Miller /Deputy Clerk